**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/19/08

## STEVEN A. HOFFNER
### ATTORNEY AT LAW

350 Broadway, Suite 1105　　　　　　　　　　tel: 212-941-8330
New York, New York 10013　　　　　　　　　　fax: 212-941-8137

---

June 18, 2008

Frank Maas
U.S. Magistrate Judge
United States District Court
500 Pearl Street, Room 740
New York, New York 10007

By fax:　　　　　　　　　Re: Delarosa, et al v. City, et al.
　　　　　　　　　　　　　　　　07-CV-6562

*APPLICATION GRANTED. The conference SO ORDERED will be held 7/17/08 at 4 pm.*

*Frank Maas, USMJ 6/19/08*

Your Honor:

　　I am plaintiffs' attorney on the above matter. A settlement conference is presently scheduled for July 17th, at 10 a.m. A scheduling conflict has arisen and I have to be in the Bronx in the morning. I am available that afternoon if the Court would consider rescheduling this matter. Alternatively, a different date is requested. I have contacted the defense counsel and he consents to this request. He is not available after that date, however, until August.

　　Thank you for your attention.

　　　　　　　　　　　　　　　　　　　　　　Respectfully,

　　　　　　　　　　　　　　　　　　　　　　Steven Hoffner

cc: Steve Stavridis
fax: 212-788-9776