UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x

EVAN DELAROSA,

          Plaintiff,                                   **ORDER OF DISCONTINUANCE**

      -against-                                   07 Civ. 6562 (GEL)(FM)

THE CITY OF NEW YORK, et al.,

          Defendants.

---------------------------------------------------------------x

        It having been reported to this Court that the above entitled action has been settled, and the parties and their counsel having consented to the undersigned exercising jurisdiction over this case for the limited purpose of entering this Order of Discontinuance, it is hereby

        ORDERED that said action be and hereby is, discontinued with prejudice and without costs; provided, however, that within 90 days of the date of this order, counsel for plaintiff may apply by letter for restoration of the action to the active calendar of the court, in which event the action will be restored.

DATED:     New York, New York
             July 16, 2008

_____
FRANK MAAS
United States Magistrate Judge   7/16/08

_____
Attorney for Plaintiffs
Steven Alan Hoffner, Esq.
Law Office of Steven Hoffner, Esq.

_____
Attorney for Defendant City of NY
Steve Stavridis, Esq.
New York City Law Department

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/16/08